# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Curiel, Gonzalo P. | U.S. District Court | 08/12/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

Edward J. Schwartz U.S. Courthouse
221 West Broadway
Suite 2190
San Diego, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Revolving | K |
| 2. | Chase | Revolving | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Curiel, Gonzalo P.** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    FAMILY TRUST | | | | | | | | | |
| 2.    - First Credit Union | A | Interest | K | T | | | | | |
| 3.    - Wells Fargo Bank | A | Interest | K | T | | | | | |
| 4.    - Maui, HI real property | | None | N | W | | | | | |
| 5.    - Glendale, AZ real property parcel # 1 | | None | M | W | | | | | |
| 6.    - Various boats | | None | L | U | | | | | |
| 7.    - Various vehicles | | None | K | U | | | | | |
| 8.    CONS Discret SEL SECT SPDR FD | A | Dividend | J | T | Sold (part) | 10/03/18 | J | A | |
| 9. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 10.   Industrial SEL SEC SPDR FD | A | Dividend | J | T | Sold (part) | 10/03/18 | J | A | |
| 11. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 12.   SPDR NYSE Technology ETF | A | Dividend | J | T | Sold (part) | 10/03/18 | J | A | |
| 13. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 14.   SPDR S&P Aerospace & Defense ETF | A | Dividend | J | T | Sold (part) | 10/03/18 | J | A | |
| 15. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 16.   SPDR S&P Health Care SEL | A | Dividend | J | T | Sold (part) | 10/24/18 | J | A | |
| 17.   SPDR Health Care Select Sect ETF | A | Dividend | J | T | Sold (part) | 10/03/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. SPDR S&P Biotech ETF | A | Dividend | J | T | Buy<br>(add'l) | 10/24/18 | J | | |
| 19. | | | | | Sold<br>(part) | 11/06/18 | J | A | |
| 20. | | | | | Sold<br>(part) | 10/03/18 | J | A | |
| 21. SPDR S&P Bank ETF | A | Dividend | J | T | Sold<br>(part) | 10/24/18 | J | A | |
| 22. SPDR S&P Capital Markets | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 23. | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 24. | | | | | Buy<br>(add'l) | 03/26/18 | J | | |
| 25. SPDR S&P Health Care Equipment ETF | A | Dividend | J | T | Buy<br>(add'l) | 10/03/18 | J | | |
| 26. | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 27. The Technology SEL SEC SPDR | A | Dividend | J | T | Sold<br>(part) | 10/03/18 | J | A | |
| 28. | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 29. SPDR S&P Insurance ETF | A | Dividend | J | T | Buy<br>(add'l) | 10/24/18 | J | | |
| 30. SPDR S&P Semiconductor | A | Dividend | J | T | Buy<br>(add'l) | 10/03/18 | J | | |
| 31. | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 32. SPDR S&P Software & Service ETF | A | Dividend | J | T | Sold<br>(part) | 10/03/18 | J | A | |
| 33. | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 34. SPDR S&P Transportation | A | Dividend | J | T | Sold<br>(part) | 10/03/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 36. SPDR NYSE Technology | A | Dividend | J | T | Buy (add'l) | 10/24/18 | J | | |
| 37. THE FINANCIAL SEL SECT SPDR FD (XLF) | A | Dividend | J | T | Buy (add'l) | 10/24/18 | J | | |
| 38. SPDR S&P Metals & Mining | A | Dividend | J | T | | | | | |
| 39. SPDR S&P Oil & Gas EQUIP SVC | A | Dividend | J | T | Sold (part) | 05/02/18 | J | A | |
| 40. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 41. | | | | | Sold (part) | 10/03/18 | J | A | |
| 42. SPDR S&P Oil & Gas EXP & PRO | A | Dividend | J | T | Buy (add'l) | 10/03/18 | J | | |
| 43. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 44. SPDR S&P Regional Banking ETF | A | Dividend | J | T | Buy (add'l) | 10/03/18 | J | | |
| 45. | | | | | Sold (part) | 10/24/18 | J | A | |
| 46. COMM Service SEL SECT SPDR | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 47. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 48. CONS Discret SEL SECT SPDR FD | A | Dividend | J | T | Buy (add'l) | 03/20/18 | J | | |
| 49. | | | | | Sold (part) | 05/07/18 | J | A | |
| 50. COMM Service SEL SECT SPDR | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 51. | | | | | Buy (add'l) | 10/24/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR NYSE TECHNOLOGY ETF | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 53. | | | | | Sold (part) | 05/07/18 | J | A | |
| 54. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 55. SPDR S&P Aerospace & Defense ETF | A | Dividend | J | T | Buy (add'l) | 03/01/18 | J | | |
| 56. | | | | | Sold (part) | 05/07/18 | J | A | |
| 57. | | | | | Sold (part) | 10/03/18 | J | A | |
| 58. SPDR S&P Bank ETF | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 59. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 60. | | | | | Sold (part) | 05/07/18 | J | A | |
| 61. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 62. | | | | | Sold (part) | 10/24/18 | J | A | |
| 63. SPDR S&P Biotech ETF | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 64. | | | | | Sold | 05/07/18 | J | A | |
| 65. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 66. | | | | | Sold (part) | 11/06/18 | J | A | |
| 67. SPDR S&P Capital Markets | A | Dividend | J | T | Buy (add'l) | 03/01/18 | J | | |
| 68. | | | | | Buy (add'l) | 03/26/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Curiel, Gonzalo P.** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 05/07/18 | J | A | |
| 70. | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 71. THE FINANCIAL SEL SEC SECT SPDR FD (XLF) | A | Dividend | J | T | Sold<br>(part) | 03/01/18 | J | A | |
| 72. | | | | | Sold<br>(part) | 05/07/18 | J | A | |
| 73. | | | | | Buy<br>(add'l) | 10/03/18 | J | | |
| 74. | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 75. SPDR S&P Health Care Service ETF | A | Dividend | J | T | | | | | |
| 76. SPDR S&P Health Care Equipment ETF | A | Dividend | J | T | Sold<br>(part) | 03/01/18 | J | A | |
| 77. | | | | | Buy<br>(add'l) | 05/07/18 | J | | |
| 78. | | | | | Sold<br>(part) | 10/03/18 | J | A | |
| 79. | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 80. Health Care Select Sect SPDR ETF | A | Dividend | J | T | Sold<br>(part) | 10/03/18 | J | A | |
| 81. | | | | | Sold<br>(part) | 05/07/18 | J | A | |
| 82. | | | | | Sold<br>(part) | 10/03/18 | J | A | |
| 83. Industrial SEL SEC SPDR FD | A | Dividend | J | T | Sold<br>(part) | 10/03/18 | J | A | |
| 84. | | | | | Sold<br>(part) | 05/07/18 | J | A | |
| 85. | | | | | Buy<br>(add'l) | 10/24/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPDR S&P Insurance ETF | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 87. | | | | | Sold (part) | 05/07/18 | J | A | |
| 88. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 89. SPDR S&P Oil & Gas EXP & PRO | A | Dividend | J | T | Buy (add'l) | 05/02/18 | J | | |
| 90. | | | | | Sold (part) | 10/03/18 | J | A | |
| 91. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 92. SPDR S&P Oil & Gas EQUIP SVC | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 93. | | | | | Sold (part) | 05/02/18 | J | A | |
| 94. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 95. | | | | | Sold (part) | 10/03/18 | J | A | |
| 96. SPDR S&P Regional Banking | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 97. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 98. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 99. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 100. SPDR S&P Semiconductor | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 101. | | | | | Sold (part) | 05/07/18 | J | A | |
| 102. | | | | | Buy (add'l) | 10/24/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  SPDR S&P Software & Service ETF | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 104. | | | | | Sold (part) | 05/07/18 | J | A | |
| 105. | | | | | Sold (part) | 10/03/18 | J | A | |
| 106. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 107.  SPDR S&P Transportation ETF | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 108. | | | | | Sold (part) | 05/07/18 | J | A | |
| 109. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 110.  The Technology SEL SEC SPDR | A | Dividend | J | T | Sold (part) | 10/03/18 | J | A | |
| 111. | | | | | Sold (part) | 05/07/18 | J | A | |
| 112. | | | | | Sold (part) | 10/03/18 | J | A | |
| 113. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 114.  UTILITIES SEL SECT SPDR FUND | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investements and Trusts

    _____ is a co-trustee and co-beneficiary of Family Trust # 1 which is revocable living trust funded by _____. As a co-trustee, _____ shares unlimited access and full control of the trust assets.

Amendment - The following investments were listed on 2017 calendar year FDR (at the line indicated) and do not appear in the 2018 FDR because they were sold in 2016-2017:

Line 22 - SPDR S&P Health Care SERV - Sold 8/17/16. Value Code J and Gain Code A

Line 23 - SPDR DJ Wilshire - Sold 2/22/17. Value Code J and Gain Code A

Line 39 - SPDR S&P Morgan Stanley Technology ETF - Sold 2/22/17. Value Code J and Gain Code A.

Line 44 - SPDR S&P Retail ETF - Sold 8/17/16. Value Code J and Gain Code A.

Line 47 - SPDR S&P Telecomm ETF - Sold 11/8/17. Value Code J and Gain Code A.

Line 61 - SPDR GOLD TR GOLD SHS - Sold 12/20/16. Value Code J and Gain Code A.

Line 91 - SPDR GOLD TR GOLD SHS - Sold 12/20/16. Value Code J and Gain Code A.

Line 92 - SPDR S&P Health Care Service - Sold 8/17/16. Value Code J and Gain Code A.

Line 122 - SPDR S&P Retail ETF - Sold 5/25/16. Value Code J and Gain Code A.

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/12/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Gonzalo P. Curiel

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544